

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00291-CR
### NO. 02-15-00292-CR

DAVID LEE BURDINE                 APPELLANT

V.

THE STATE OF TEXAS                 STATE

----------

## FROM CRIMINAL DISTRICT COURT NO. 2 OF TARRANT COUNTY
## TRIAL COURT NOS. 1400407D, 1400139D

----------

## MEMORANDUM OPINION[1]

----------

Appellant David Lee Burdine attempts to appeal from a judgment convicting him of aggravated robbery with a deadly weapon and a judgment convicting him of credit card abuse. The trial court's certifications in each cause state that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On September 1, 2015, we notified Burdine that

---

[1]*See* Tex. R. App. P. 47.4.

the appeals would be dismissed pursuant to the trial court's certifications unless he or any party desiring to continue the appeals filed a response on or before September 11, 2015, showing grounds for continuing the appeals.  *See* Tex. R. App. P. 25.2(d), 44.3.  We have not received a response.  Therefore, in accordance with the trial court's certifications, we dismiss the appeals.  *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  MEIER, GABRIEL, and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  October 15, 2015